IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>CLAYTON EUGENE POWELL  )<br>and JACK WEBB, JR.    ) | CASE NO. 3:17-CR-4-WKW<br>[WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 51.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 51) is ADOPTED;

2. Defendant Jack Webb, Jr.,'s motion to suppress (Doc. # 38) is DENIED;

3. Defendant Clayton Eugene Powell's motion to suppress (Doc. # 35) is DENIED insofar as Mr. Powell seeks suppression of the physical evidence obtained as a result of the traffic stop and search; and

4. Defendant Clayton Eugene Powell's motion to suppress (Doc. # 35) is GRANTED insofar as Mr. Powell seeks suppression of his statements made to ATF agent Van Der Westhuizen.

DONE this 19th day of July, 2017.

                                          /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE